IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OMAR ROSALES, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 5:16-cv-1071 |
| v. | § § | |
| HILL COUNTRY HEALTH MANAGEMENT, LLC, et. al., | § § § | |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff, Omar Rosales, and Defendant, Hill Country Health Management, LLC, et. al., that the case and all of the claims and causes of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(I)(A)(ii).

Dated: February 23, 2017

Respectfully submitted,

**THE ROSALES LAW FIRM, LLC**
P.O. Box 6429
Austin, Texas 78762-6429
512.520.4919
512.309.5360 fax

By: /s/ Omar Rosales
Omar Rosales
Federal No. 690657
omar@owrosales.com

**ATTORNEY FOR PLAINTIFF**

**THE RAPP LAW FIRM, PC**
12000 Huebner Road, Suite 101
San Antonio, Texas 78230
210.224.4664
210.224.4642 fax

By: /s/Robert A. Rapp
    Robert A. Rapp
    Texas Bar No. 16550850
    robert.rapp@sbcglobal.net

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of ECF (electronically to the registered participants as identified on the Notice of Electronic Filing) on this 23rd day of February, 2017 to wit:

>Omar Rosales
>The Rosales Law Firm, LLC
>P.O. Box 6429
>Austin, Texas 78762-6429
>512.520.4919
>512.309.5360 fax
>omar@owrosales.com


>*/s/Robert A. Rapp*
>**Robert A. Rapp**